UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IBERIABANK, a Louisiana banking corporation, as successor in interest to Century Bank, FSB,**

    Plaintiff,

v.                                        Case No.  8:12-cv-2872-T-30MAP

**DAER HOLDINGS, LLC, a Florida corporation, et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the motion to dismiss filed by Douglas N. Menchise, as Chapter 7 Trustee of the bankruptcy estate of Terri L. Steffen ("Trustee") (Dkt. 18) and Plaintiff Iberiabank's response in opposition (Dkt. 26).  The Court, having reviewed the verified amended complaint, the Trustee's motion, Iberiabank's response, and being otherwise advised in the premises, concludes that the motion should be denied.

This is a foreclosure action initiated by Iberiabank.[1]  The Trustee's sole argument in favor of dismissal of the verified amended complaint is to dispute the truth of Iberiabank's allegation in paragraph 20 that the subject property is "owned and possessed by Daer [Holdings, LLC]."  This argument is devoid of merit.  It is axiomatic that, at this stage, the

---

[1] Iberiabank asserts claims for, among other things, breach of a promissory note, to foreclose a mortgage securing that note, and to collect on personal guarantees of the loan.

Court must assume the truth of the allegations of the verified amended complaint. Also, even assuming for the sake of argument that the allegations involving Daer's ownership and possession of the subject property are untrue or inconsistent, the Trustee does not demonstrate how this would impact the sufficiency of the alleged claims, which do not turn on who currently owns or possesses the subject property.

It is therefore ORDERED AND ADJUDGED that:

1. The motion to dismiss filed by Douglas N. Menchise, as Chapter 7 Trustee of the bankruptcy estate of Terri L. Steffen ("Trustee") (Dkt. 18) is DENIED.

2. The Trustee shall file an answer to the verified amended complaint within fourteen (14) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida on January 15, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-2872.mtdismiss18.frm