**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IBERIABANK, a Louisiana banking**
**corporation, as successor in interest to**
**Century Bank, FSB,,**

    **Plaintiff,**

v.                                                                          Case No.  8:12-cv-2872-T-30MAP

**DAER HOLDINGS, LLC, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon *pro se* Defendant Terri Steffen's Verified Motion to Vacate Order Granting Motion for Appointment of Receiver (Dkt. 67).  The Court, upon consideration of Steffen's motion, and being otherwise advised in the premises, concludes that the motion should be denied.

On January 9, 2013, the Court entered the order appointing a receiver (Dkt. 25).  On January 11, 2013, Defendants Daer Holdings, LLC and Michael Peters filed their motion for reconsideration of the Court's January 9, 2013 receiver order (Dkt. 27).  On January 15, 2013, the Court set Daer and Peters' motion for a February 20, 2013 hearing (Dkt. 31).  Notably, Steffen did not attend the February 20, 2013 hearing.  After hearing argument from counsel for Plaintiff and Defendants Daer and Peters, the Court denied the motion for reconsideration (Dkt. 61).  Notably, Robert Melsom, the receiver, has been in the process of performing his receivership duties since the January 9, 2013 order appointing him.

Steffen's motion does not provide a reasonable explanation as to why the Court should vacate its order granting Plaintiff's motion for appointment of receiver at this late stage.[1] The records attached to Steffen's motion demonstrate that she was aware of the Court's January 9, 2013 receiver order on January 10, 2013 (Dkt. 68). In sum, Steffen's motion is "too little too late".

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Terri Steffen's Verified Motion to Vacate Order Granting Motion for Appointment of Receiver (Dkt. 67) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on March 1, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-2872.mtvacate67.frm

---

[1] Notably, Steffen did not confer with counsel before filing the instant motion as required by Local Rule 3.01(g).