**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IBERIABANK, a Louisiana banking**
**corporation, as successor in interest to**
**Century Bank, FSB,**

    **Plaintiff,**

**v.**                                                    **Case No.  8:12-cv-2872-T-30MAP**

**DAER HOLDINGS, LLC, et al.,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE comes before the Court upon the Special Master's Motion to Confirm Judicial Sale, for Authorization to Issue Special Master's Deed and Special Master's Bill of Sale, and To Be Discharged from Further Duties (Dkt. 196).  On April 7, 2014, the Court entered an Order requiring the parties to file a response to the Special Master's motion on or before April 16, 2014 (Dkt. 197).  None of the opposing parties filed a response. Accordingly, upon consideration of the motion, and being otherwise advised in the premises, the Court concludes that the motion should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. The Special Master's Motion to Confirm Judicial Sale, for Authorization to Issue Special Master's Deed and Special Master's Bill of Sale, and To Be Discharged from Further Duties (Dkt. 196) is granted.

2. Pursuant to the Judgment in this case, the Special Master is authorized to complete the foreclosure sale and issue the Special Master's Deed and Special Master's Bill of Sale (in the forms attached as Exhibits A and B to his motion).

3. Upon the issuance of the Special Master's Deed and Special Master's Bill of Sale, the Special Master is hereby discharged and released from any further duties and responsibilities as Special Master in this action.

**DONE** and **ORDERED** in Tampa, Florida on April 17, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-2872.specialmaster-confirmsale.wpd