**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IBERIABANK,

    Plaintiff,

v.                                                    Case No: 8:12-cv-2872-T-30MAP

DAER HOLDINGS, LLC, MICHAEL
PETERS, ORLANDO LENDING CORP.,
NUCCIO HEATING & AIR
CONDITIONING, INC., AVILA
PROPERTY OWNERS' ASSOCIATION,
INC., USA, TERRI LEE STEFFEN,
DOUGLAS N. MENCHISE, JOHN DOE
and JANE DOE,

    Defendants.

**ORDER**

THIS CAUSE comes before the Court upon Robert Melsom's Motion to Be Discharged as Receiver and Relieved from Further Duties (Dkt. #204). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Robert Melsom's Motion to Be Discharged as Receiver and Relieved from Further Duties (Dkt. #204) is GRANTED.

2. The Receiver is hereby discharged as Receiver, and the Receivership is terminated.

3. Any surety is released.

4. The Receiver is relieved of any further duties and responsibilities in this matter.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of May, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Even\2012\12-cv-2872 receiver 204.docx